**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA     :

vs.     : CRIMINAL NO.: 16-00201-WS-B

JOSEPH CANIDATE     :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 39) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One and Four of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **September 26, 2017 at 3:30 p.m.** in Courtroom 2A before the undersigned.

**DONE and ORDERED** this the 1st day of September, 2017.


    s/William H. Steele
    UNITED STATES DISTRICT JUDGE